IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                              Plaintiff,   )<br>                                              )<br>    vs.                                      )<br>                                              )<br>WESTON BRETT CANFIELD,     )<br>                              Defendant.  )<br>_____ ) | 14-40059-01-DDC |

Sentencing Memorandum

Weston Canfield submits the following in support of the Rule 11(c)(C) plea agreement that has been reached by the parties, requesting that this Court impose a seven-year sentence. He states;

Wes Canfield has grappled with poverty, drug addiction, and mental illness since his early teen years.  In fashioning a sufficient sentence, the rolling tragedy of his personal history should be given consideration.

Drug addiction destroyed Wes' life long before he ever got high.  Born in southern California to Brett Canfield and Theresa Larson, Wes does not remember a unified home. His parents would divorce when he was six years old, due to his mother's multiple addictions.  His father remarried and tried to shelter Wes from his mother. Poverty defined his family's existence, but his father lent Wes a modicum of stability. His mother did not.  During these years, his mother's drug addiction resulted in frequent trouble with the law.  Many of Wes' early memories of his mother are of visiting her in jails, prisons and halfway houses.

As a teen, Weston rejected his father's faith in the Jehovah's Witness religion.  He rebelled and used drugs, smoking marijuana when he was 12 years old.

When his father kicked him out of the house, Wes moved in with his mother. She quickly introduced her own son to the discordant rhythms of substance abuse. Wes started drinking at 14.  The next year, she introduced him to methamphetamine by slipping the drug into his coffee, hoping for a companion in her high.  At his mother's house Wes could use freely, and, predictably, he developed his own addiction, using methamphetamine daily since he was 15 years old.  Equally predictably, he would also have his own difficulties with the law.  Like his mother Theresa, he cycled in and out of jail.

Wes' mother's legal difficulties continued, including an arrest for selling crack cocaine. Her arrest resulted in him being placed back in his father's home. It also resulted in his attempted suicide, and placement in a mental hospital.  This would not be Wes' only visit to a psychiatric hospital. Not long after his discharge, Wes came home high, and his father tricked him into another commitment by proposing a drive that ended at the mental hospital.

Wes was diagnosed with depression and bipolar disorder.  He received sporadic mental health treatment, including one episode where he was taken by ambulance from his mother's apartment following a violent outburst, and, tragically, another suicide attempt following his mother's death from a heroin overdose when he was 19. Wes found his mother's body.

Theresa's biggest contribution to Wes was to pass along her bipolar disorder. They shared the link between this diagnosis and a higher rate of relationship difficulties, economic instability, suicide attempts and an incidence of overdose – the discomfort from their chaotic moods so great that they would take almost anything to make it stop.  And take almost anything he did – Wes gobbled heroin, cocaine, LSD, Ecstasy, Adderall and alcohol.  The drugs seemed to temporarily blunt the effects of the moods, only to cause ill effects later. Though diagnosed and prescribed medications, including lithium, Depakote, and Paxil, to help manage the disorder, Wes believed he didn't need them. He chose to self-medicate instead.

Other family members would not escape the drug addiction and mental health issues of their childhood. His brother, Benjamin, also suffers from alcoholism, and resultant unemployment. His sister, Melissa, battles depression and severe medical issues. She manages to attend college. Wes has a four-year old daughter, Layna Grace Maxine Canfield, from a previous relationship with Karla Stolz. She resides with her mother in Marysville, KS. He regrets that his lifestyle caused difficulties with his daughter's mother, and complicated his ability to establish a relationship with Layna. He has minimal contact with his daughter.

Wes did not finish high school, but earned a GED in 2004, completed a semester of junior college in 2008, and in 2010 eventually completed a six month HVAC training program. In spite of this, his employment has been sporadic, disrupted by his continual drug use and mental health struggles.

His arrest on the present charges came on a day filled with drugs and alcohol use, and not long after an attempted suicide by overdose. When he committed the instant offense, Wes was under the influence of the unbelievable combination of vodka, methamphetamine, and acid. He had been hearing voices, and was arrested while suffering from the delusion that he was being chased by a bear. His arrest has brought the longest period of sobriety Wes can recall, and with it a recognition that the highs and lows he experiences with his disorder and addiction influence his decisions and his inability to do anything right. He has sought treatment for his medical condition and recognizes the need to manage his disorder so he can have stability and a productive life. He now has a fiancé and has reconnected with his father. He needs to be able to keep a job and provide for them. He has returned to studying to be a Jehovah's Witness and hopes there he will find additional strength and support to maintain proper treatment for his illness and positive lifestyle.

Wes finds himself at a crossroad. An intelligent, unaccomplished young man, he faces the choice of confronting his addictions and mental illness or spending the remainder of his life dressed in orange. His criminal history and the instant offense inspire little hope. But Wes understands that he will be incarcerated for a long time

under the terms of the plea agreement that he has reached with the Government, and intends to make the most of the time he must serve. Enheartened by the woman that awaits his release and the father that has always tried to assist him, Wes wants to make a new start. He will take advantage of the programs that are offered in the Bureau of Prisons with the goal of gainful employment. He respectfully requests that this Court accept the plea agreement that he has reached with the Government.

Respectfully submitted,

**S/ Kirk C. Redmond**
KIRK C. REDMOND  #18914
First Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603
785/232-9828
Fax: 785/232-9886
Email: kirk_redmond@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jared Maag
Jared.Maag@usdoj.gov

**s/Kirk C. Redmond**
Kirk C. Redmond