**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,                                                 Gregory G. Hough, AUSA

                    **Plaintiff,**

v.                                                      Case No:    14-cr-40059-TC

WESTON BRETT CANFIELD,                                                       Nicholas David, CJA

                    **Defendant.**

| JUDGE: | Judge James | DATE: | 2/11/2022 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | Zoom |
| INTERPRETER: | N/A | PROBATION: | Zachary Burgoon |
| TIME IN COURT: | 9 minutes | START TIME: | 1:32 PM |

## PROCEEDINGS

☐ Initial Rule 5/Rule 5(c)(3)  ☒ **Initial Revocation Hearing**  ☐ Bond Hearing
☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Bond Revocation Hearing
☐ Arraignment
☐ Discovery Conference

☒ **Violations explained to defendant**         ☒ **Defendant sworn/examined re: financial status**
                                                ☒ **Counsel appointed – Nicholas David, CJA**

☐ Constitutional Rights Explained
☐ Felony           ☐ Misdemeanor
☐ Declines to Waive Indictment               ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment                ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☐ Waived Reading of:    ☐ Read to Defendant:
                  ☐ Indictment
                  ☐ Information
                  ☐ Number of Counts:
☐ Guilty   ☐ Not Guilty
☐ Bail Revoked
☐ Bail Fixed at:  $_____
☐ Release Order executed  ☐ Continued on Present Bail
☒ **Remanded to Custody pending final revocation hearing**
☒ **Preliminary hearing set for February 14, 2022 at 1:00 p.m. by video conference before Judge O'Hara.**
☒ **Final revocation hearing set for March 24, 2022 at 11:00 a.m. in Topeka courtroom 401 before Judge Crouse.**

☒ **OTHER:  Detention hearing waived.**