AO 442 (Rev. 11/11) Arrest Warrant



**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
FEB 14 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

2022 FEB 10 AM 10:01
TOPEKA, KS
UNITED STATES MARSHAL RECEIVED

| | |
|---|---|
| United States of America<br>v.<br><br>Weston Brett Canfield<br>*Defendant* | )<br>)<br>) Case No. 14-40059-01-DDC<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Weston Brett Canfield,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

Date:  02/10/2022

_____
*Issuing officer's signature*

**SKYLER B. O'HARA**
*Printed name and title*

City and state:  Topeka, Kansas

### Return

This warrant was received on *(date)* 2/10/22, and the person was arrested on *(date)* 2/10/22
at *(city and state)* Topeka, KS.

Date: 2/10/22

_____
*Arresting officer's signature*

James Warren
*Printed name and title*