**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                                   Case No: 14-40059-TC
                                                            AUSA: Greg Hough
            Plaintiff,                    Defendant: Nick David

v.

WESTON CANFIELD,
            Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | March 3, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:39 pm |
| INTERPRETER: | | PROBATION: | Courtney Smith |

## PROCEEDINGS

☒ Motion Hearing – 6 min.         ☐ Initial Revocation Hearing – min.      ☐ Bond Hearing – min.
☐ Detention Hearing – min.        ☐ Initial Rule 5(c)(3) – min.            ☐ Bond Revocation Hearing – min.
☐ Arraignment – min.              ☐ Preliminary Hearing – min.             ☐ Status Conference – min.
☐ Discovery Conference – min.     ☐ Pretrial Conference – min.             ☐ In-Court Hearing – min.

☐ Defendant sworn                 ☐ Examined re: financial status          ☐ Counsel appointed

☐ Charges and penalties explained to defendant                             ☐ Advised of Due Process Protections Act
☐ Constitutional Rights Explained    ☐ Felony                              ☐ Misdemeanor
☐ Declines to Waive Indictment       ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment        ☐ Information filed
☐ Advised of Rights Under Rule _____                                     ☐ Signed Consent to Transfer _____

☐ Waived Reading        ☐ Read to Defendant:     ☐ Indictment     ☐ Information      ☐ Complaint
☐ Number of Counts:     ☐ Guilty                 ☐ Not Guilty     ☐ Indictment Unsealed

☐ Bond Revoked          ☐ Bail Fixed at:  $_____
☒ Release Order executed    ☐ Continued on present conditions    ☐ Remanded to Custody

OTHER: Defendant appears in person and with counsel. Defendant's Unopposed Motion to Reconsider Detention and for Release to Inpatient Treatment (ECF 65) is denied as Moot. The Court grants Defendant Weston Canfield's Amended Unopposed Motion to Reconsider Detention and for Release to Inpatient Treatment.  (ECF 66.)  The court releases defendant with the conditions as stated on the record. Formal Order to follow.