FILED IN OPEN COURT

MAR 0 3 2022

BY _____ SKYLER B. O'HARA
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    14-40059-TC |
| | ) | |
| WESTON CANFIELD, | ) | |
| Defendant. | ) | |

### ORDER OF RELEASE PENDING FINAL REVOCATION PROCEEDINGS AND
### MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE

On March 3, 2022, the court held a hearing on Defendant Weston Canfield's Amended Unopposed Motion to Reconsider Detention and for Release to Inpatient Treatment.   (ECF 66.) Plaintiff appeared through Assistant United States Attorney Gregory Hough.   Defendant appeared in custody and in person with his attorney, Nicholas David.   After hearing the parties' statements and for the reasons stated on the record,

**IT IS THEREFORE ORDERED** that Defendant's motion (ECF 66) is **granted** and that he be released to attend inpatient treatment.

**IT IS FURTHER ORDERED** that the conditions of Defendant's supervised release are modified to add the following special condition:

> You must successfully participate in and successfully complete an approved inpatient substance abuse treatment program and follow the rules and regulations of that program. You must share in the cost based on the ability to pay.

The Court orders defendant to be released to enter inpatient treatment at Mirror Inc. located at 2201 SE 25th St., Topeka, KS 66055 beginning at 11:00 a.m. on March 4, 2022.   Defendant shall be released from the Chase County Jail at 8:15 a.m. on March 4, 2022, and, upon his release, he must travel directly to Mirror Inc. in Topeka, stopping only as necessary for fuel and other essential reasons.

**IT IS FURTHER ORDERED** that Defendant shall comply with all previous orders of the Court, and shall remain in the custody of the Chase County Jail pending his release to the inpatient treatment facility as set forth above.

**IT IS SO ORDERED.**

Dated: 3/3/2022

_____

Honorable Angel Mitchell

U.S. ~~District~~ Judge

Magistrate